

# Fourth Court of Appeals
## San Antonio, Texas

May 21, 2014

No. 04-14-00014-CV

Sherman Patrick Wayne **MILLER**,
Appellant

v.

Lee Ann Marie **MILLER**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 12-12-51753-CV
Honorable Richard C. Terrell, Judge Presiding

# **O R D E R**

    Sonia G. Trevino's notification of late reporter's record is hereby GRANTED. Time is extended to July 1, 2014.

_____
Marialyn Barnard, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of May, 2014.

_____
Keith E. Hottle
Clerk of Court